UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62161-CIV-DIMITROULEAS

DEBRA JALINAS,

    Plaintiff,
v.

FIRST FEDERAL CREDIT CONTROL, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant First Federal Credit Control, Inc. ("Defendant")'s Motion for Stay [DE 11] (the "Motion"), filed herein on November 18, 2021. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

As of the date of this Order, no response to the Motion [DE 11] has been filed by Plaintiff and the time for such filing has passed. *See* S.D. Fla. L.R. 7.1(c)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than **December 10, 2021** why the instant Motion for Stay [DE 11] should not be granted. A failure to timely respond may result in the Court granting the Motion by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of December, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record